Court of Criminal Appeals
Clerk Abel Acosta          82,554-01
PO Box 12308, Capitol Station,
Austin Texas 78711
(3-3-2015)

Raymond Joseph Schwarzburg
Connally Unit #1434982
899 Fm 632
Kenedy TX. 78119

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 06 2015

Abel Acosta, Clerk

RE: WR-82,554-01
    Tr. Ct. No. 06-02-01046-CR

Dear Clerk,

In regards to the up-Above case no. WR-82,554-01. I sent you an Attach exhibit with this writ can you please send me the copy back showing that the District clerk received my DNA motion. Thats the only one that I have. I need this to file Another Mandamus In the proper court. I am indigent to purchased it. Thank you In the matter.

Sincerely
Submitted

3-3-15